IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN ORLANDO WALKER,<br><br>      Petitioner<br><br>VS.<br><br>KEVIN ROBERTS, WARDEN,<br><br>      Respondent | NO. 5:05-CV-222 (CAR)<br><br><br><br>PROCEEDINGS UNDER 28 U.S.C. §2254<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## ORDER DENYING APPOINTMENT OF COUNSEL

      Petitioner herein has requested this court to provide legal representation to him in the above-captioned §2254 proceeding. Tab #22. The court has this day by separate order directed petitioner to amend his petitioner to set forth grounds for relief as to his conviction and sentence. Until such time as petitioner submits his amended petition, it would be premature to consider providing counsel to petitioner. Petitioner WALKER is advised, however, that the court on its own motion will consider appointing legal counsel for him if and when it becomes apparent that legal assistance is required in order to avoid prejudice to his rights. Certainly, if an evidentiary hearing is required, counsel will be provided for the petitioner.

      Accordingly, at the present time, petitioner's motion for appointment of legal counsel is DENIED.

      SO ORDERED AND DIRECTED, this 17th day of MAY, 2006.



      CLAUDE W. HICKS, JR.
      UNITED STATES MAGISTRATE JUDGE