IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN O. WALKER,<br><br>           Petitioner<br><br>VS.<br><br>DONNIE THOMPSON, Warden,<br><br>           Respondent | NO. 5:05-CV-222 (CAR)<br><br>PROCEEDING UNDER 28 U.S.C. §2254<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## O R D E R

Petitioner JOHN O. WALKER, has filed a MOTION FOR DEFAULT JUDGMENT (Tab #38) in the above-styled case. His motion was filed after the filing of responsive pleadings by the respondent. Tab #30. In addition, a review of the docket reveals that prior to filing his motion, petitioner WALKER failed to request *entry* of default. Such is required before filing a motion seeking a *judgment* by default. Furthermore, default judgments are not favored in habeas corpus proceedings.

Accordingly, petitioner's MOTION FOR DEFAULT JUDGMENT is **DENIED**.

SO ORDERED, this 10th day of AUGUST, 2006.



**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**