IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN O. WALKER, | |
| Petitioner | |
| VS. | NO. 5: 05-CV-222 (CAR) |
| MICHELLE MARTIN, Warden, | |
| Respondent | PROCEEDINGS UNDER 28 U.S.C. §2254 BEFORE THE U. S. MAGISTRATE JUDGE |

## O R D E R

In a pleading filed May 24, 2006, petitioner JOHN O. WALKER objected to the order of the undersigned (Tab # 24) filed May 17, 2006, requiring him to amend his petition to set forth his grounds for habeas corpus relief. He set forth his objection in a document entitled PETITIONER'S OBJECTION AND RECONSIDERATION. Tab #27. However, petitioner subsequently filed an amended petition complying with the court's order. Tab #28. Accordingly, any relief sought in petitioner's "motion" (Tab #27) has been mooted and is DENIED as such.

Petitioner WALKER also objects to the court's order (Tab #34) permitting respondent to file an out-of-time response. See Tab # 37, PETITIONERS MOTION OF OBJECTION TO MAGISTRATE JUDGES Order. The undersigned finds no merit in petitioner's argument, and his motion (Tab #37) is DENIED.

SO ORDERED AND DIRECTED, this 12th day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE